# United States District Court
## Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OS13 | E1663009 | Castillo | C102 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 09/24/25 1100
**Offense Charged:** State Code — ORC 2917.11
**Place of Offense:** 3990 E Broad St Columbus Ohio 43213
**Offense Description; Factual Basis for Charge:** Disorderly Conduct

### DEFENDANT INFORMATION

**Last Name:** Nesbitt
**First Name:** Stacy
**M.I.:** M

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| JHR1804 | OH | 21 | Honda Pilot | | Gray |

**APPEARANCE IS OPTIONAL** (Box B checked)
If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$100.00 Forfeiture Amount
+ $30 Processing Fee
$130.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

**Court Address:** US District Court, 85 Marconi Blvd, Columbus, Ohio 43215 (614) 719-3000
**Date:** Oct 15 2025
**Time:** 11:00 AM

X Defendant Signature: **REFUSED**

Original - CVB Copy

*E1663009*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **24 Sept** 20**25** while exercising my duties as a law enforcement officer in the **Southern** District of **Ohio**.

On 09/24/2025, at 1100hrs, I, Officer Castillo, DLA Police, was performing uniformed access control duties at the North Yearling Gate. Nesbitt, Stacy M., pulled into my lane in his personally owned vehicle (POV) and presented his Common Access Card (CAC). I noticed that Nesbitt was not wearing his seatbelt. Due to multiple warnings on previous occurrences, I instructed Nesbitt to pull over to issue a citation for the seat belt violation. Nesbitt immediately became irate by stating, "I don't give a fuck about no ticket." Once Nesbitt pulled over his vehicle, he exited and again began to shout obscenities to me. Nesbitt was ordered back into his vehicle in which he complied. He then continued yelling obscene and disrespectful language, such as, "Get the Fuck away from me bitch you ugly bald-headed bitch before I slap the shit out of you." Despite several verbal attempts to deescalate the situation and maintain professional interaction, Nesbitt continued his outburst. Multiple DLA Police Officers were present and witnessed the interaction. Nesbitt was released and cited under ORC 2917.11(A)(2), Disorderly Conduct.

The foregoing statement is based upon:
☑ my personal observation
☐ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 09/24/2025
Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident